STUART W. MILLER (State Bar No. 127766)
stuartmiller@dwt.com
AARON N. COLBY (State Bar No. 247339)
aaroncolby@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

KENNETH D. KLEINMAN (Pennsylvania Bar No. 31770)
kdk@stevenslee.com
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania  19103
Telephone:  (215) 751-1946
Fax:  (610) 371-7975

THERESA M. ZECHMAN (Pennsylvania Bar No. 85878)
tmz@stevenslee.com
Stevens & Lee, P.C.
51 South Duke Street
Lancaster, Pennsylvania  17602
Telephone:  (717) 399-6644
Fax:  (610) 236-4185

Attorneys for Defendants
HEALTHCARE SERVICES GROUP, INC. and
MICHAEL HAMMOND

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LIBBEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE SERVICES GROUP, INC., a Pennsylvania Corporation, MICHAEL HAMMOND, an individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:11-CV-8475-PA (AGRx)<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL**<br><br>Assigned to:  Hon. Percy Anderson<br>Courtroom:     15<br><br>Action Filed: September 7, 2011 |

1   Pursuant to the stipulation between plaintiff RUSSELL LIBBEY ("Plaintiff"),
2  on the one hand, and defendant HEALTHCARE SERVICES GROUP, INC. and
3  MICHAEL HAMMOND, ("Defendants"), on the other hand, this action is dismissed
4  in its entirety with prejudice.  Each party to bear their own attorneys' fees and costs.

6  DATED:  December 27, 2011       _____
7                                  Honorable Percy Anderson
                                   United States District Court Judge

ORDER GRANTING STIPULATION RE DISMISSAL
DWT 18743055v1 0092887-000003

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899